**EXHIBIT 2**

# Request Acknowledgement by U.S. Department of Commerce

External Inbox ×

**no-reply@doc.gov**
to info

Mon, Aug 24, 1:31 PM (23 hours ago)

Dear Joe Thomas,

Case Number DOC–NOAA–2026–002049 has been assigned to the request you submitted. In all future correspondence regarding this request please reference case number DOC–NOAA–2026–002049.

Regards,
U.S. Department of Commerce