IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | Civ. A. No. 26-3575 (DLF) |

**PARTIAL CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

In accordance with Federal Rules of Civil Procedure 6(b)(1), Defendants, by and through undersigned counsel, respectfully request this Court to extend the time to respond to Plaintiff's Complaint by thirty days – *i.e.*, from November 13, 2026 to December 14, 2026 (December 13 falls on a Sunday). Plaintiff consents to a twenty-one-day extension and takes no position on Defendants' request for thirty days. This request is made in good faith, for the reasons set forth below.

1. On October 13, 2026, Plaintiff filed its Complaint which seeks to compel Defendants, the U.S. Department of Commerce ("Department") and the National Oceanic and Atmospheric Administration ("NOAA"), to produce "certain email records of Dr. John Dunne of NOAA's Geophysical Fluid Dynamics Laboratory ("GFDL")," under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Complaint ("Compl."), ECF No. 1 ¶ 1.

2. Plaintiff effectuated service upon the U.S. Attorney's Office for the District of Columbia on October 14, 2026. At present, Defendants' response to the Complaint is due

November 13, 2026.

3. Good cause exists to grant Defendants' request for a 30-day extension to file a response to the Complaint. *First*, undersigned counsel was recently assigned to this matter and just entered her appearance in this case. *Second*, undersigned counsel needs an opportunity to confer with agency counsel about the FOIA requests at issue in the Complaint. For instance, the Complaint references an administrative appeal of a "related [FOIA] request." Compl. ¶ 26. Undersigned counsel will possibly need to confer with Plaintiff's counsel about this for clarification. *Third*, a thirty-day extension is requested because undersigned counsel will be on leave for the week of Thanksgiving.

4. Per Local Civil Rule 7(m), on November 10, 2026, Defendants' undersigned counsel asked Plaintiff's counsel if he would consent to an extension for thirty days. Plaintiff's counsel indicated he would agree to a twenty-one-day extension (which undersigned counsel appreciates). Plaintiff's counsel takes no position on a thirty-day extension.

5. This is Defendants' first motion for an extension to file an answer. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.

WHEREFORE, Defendants, with Plaintiff's partial consent, respectfully request that the Court extend the deadline for Defendants to respond to Plaintiff's Complaint by thirty days – *i.e.*, from November 13, 2026 to December 14, 2026 (December 13 falls on a Sunday). A proposed order is enclosed herewith.

[signature block on following page]

Dated: November 11, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Catherine J. Malycke*

CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
Catherine.Malycke@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY & OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | Civ. A. No. 26-3575 (DLF) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' partial consent motion for an extension of time, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' partial consent motion is GRANTED; and it is further

ORDERED that Defendants shall respond to the Complaint by December 14, 2026.

SO ORDERED:

__________________________
Dated

__________________________
DABNEY L. FRIEDRICH
United States District Judge